# Supreme Court of Kentucky

2018-SC-0666

STEVEN ZAPATA          APPELLANT

ON APPEAL FROM JEFFERSON CIRCUIT COURT

V.          HONORABLE MITCHELL PERRY, JUDGE
NO. 13-CR-002075

COMMONWEALTH OF KENTUCKY          APPELLEE

## <u>ORDER DENYING PETITION FOR REHEARING</u>

The Petition for Rehearing, filed by the Appellant, of the Opinion of the Court, rendered April 30, 2020, is DENIED.

All sitting. All concur.

ENTERED: December 17, 2020.

 

_____
CHIEF JUSTICE